VL: USAO2026R00525

USDC- BALTIMORE
'26 OCT 7 PM4:28

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ANTHONY JOHN RHODES,**<br><br>**Defendant.** | **CRIMINAL NO.** DKC-26-349<br><br>**(Malicious Destruction of Property by Fire, 18 U.S.C. § 844(i))** |

## INDICTMENT

### COUNT ONE
**(Malicious Destruction of Property by Fire)**

The Grand Jury for the District of Maryland charges that:

On or about April 29, 2026, in the District of Maryland, the defendant,

**ANTHONY JOHN RHODES,**

maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire and explosive materials, any building and other real and personal property used in interstate commerce and in any activity affecting interstate commerce, that is, the building, merchandise, and inventory known as the Walmart Supercenter located at 1000 E. Pulaski Highway, Elkton, Maryland 21921.

18 U.S.C. § 844(i)

Kelly O. Hayes
United States Attorney

SIGNATURE REDACTED
Foreperson

Date: 10/7, 2026